# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-817-452**

**Effective date of registration:**

August 29, 2011

## Title
- **Title of Work:** June 2011 through August 2011 Elektra Printz Gorski Designs

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** June 1, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Elektra Printz Gorski
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Elektra Printz Gorski
  1104 Regester Avenue, Baltimore, MD 21239, United States

## Rights and Permissions
- **Name:** Elektra
- **Email:** elektraprintz@gmail.com

## Certification
- **Name:** Elektra Printz Gorski
- **Date:** August 29, 2011

---

**Correspondence:** Yes

Page 1 of 1

## Upload successful

The following files were successfully uploaded for service request 1-654074921:

- IMG_2735.jpg
- IMG_2734.jpg
- IMG_2733.jpg
- IMG_2732.jpg
- IMG_2731.jpg
- IMG_2726.jpg
- IMG_2723.jpg
- IMG_2721.jpg
- IMG_2718.jpg
- IMG_2711.jpg
- IMG_2707.jpg
- IMG_2706.jpg
- IMG_2698.jpg
- IMG_2696.jpg
- IMG_2693.jpg
- IMG_2692.jpg
- IMG_2689.jpg
- IMG_2677.jpg
- IMG_2674.jpg
- IMG_2671.jpg
- IMG_2668.jpg
- IMG_2663.jpg
- IMG_2660.jpg
- IMG_2649.jpg
- IMG_2640.jpg
- IMG_2632.jpg
- IMG_2630.jpg
- IMG_2624.jpg
- IMG_2621.jpg
- IMG_2619.jpg
- IMG_2617.jpg
- IMG_2615.jpg
- IMG_2613.jpg
- IMG_2605.jpg
- IMG_2603.jpg
- IMG_2601.jpg
- IMG_2595.jpg
- IMG_2521.jpg
- IMG_2519.jpg
- wings.png

- wings.png
- whitevneckneonlettuce.jpg
- violetbaseballlettuce.jpg
- supermarket.jpg
- suit 2.png
- suit 1.png
- SoHo white 2.png
- SoHo white.png
- Picture 79.png
- Picture 23.png
- Picture 10.png
- peace sign brush.png
- nycfuckingchampion.jpg
- michelle obama repeat.png
- michelle obama.png
- menslettucetank.jpg
- lettucevneck.jpg
- lettuceturnip.jpg
- lettuceblackraglanmen.jpg
- lettuce.jpg
- IRENEdesign.jpg
- iloveanimalsadult.jpg
- greywomenslettuceburnout.jpg
- greyburnoutlettuce.jpg
- fuckingchampionwhite.png
- fuckingchampiontank.jpg
- ElektraNYC.jpg
- chevron brush.png

Please note the service request number above for future reference.

[ Close Window ]



