UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEKTRA PRINTZ GORSKI, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>THE GYMBOREE CORPORATION, a<br>Delaware corporation,<br><br>                Defendant. | Case No.: 14-CV-01314-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Jeffrey Faucette
Defendant's Attorney: Annette Hurst

     An initial case management conference was held on July 23, 2014. A further case management conference is set for November 19, 2014 at 2 p.m.

     The parties have agreed that Defendant will file a responsive pleading within 14 days of the expiration of the 21-day period for Plaintiff to amend her complaint or within 14 days of written notice that Plaintiff does not intend to amend her complaint, whichever is sooner.

     The Court referred the parties to Chief Magistrate Judge Laporte for a Magistrate Judge Settlement Conference with a deadline of December 15, 2014.

     The discovery limits in the Federal Rules of Civil Procedure shall govern in this case.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 31, 2014

FACT DISCOVERY CUTOFF: February 20, 2015

EXPERT DISCOVERY:
    Opening Reports: February 20, 2015

    Rebuttal Reports: March 20, 2015
    Close of Expert Discovery: April 17, 2015

DISPOSITIVE MOTIONS shall be filed by June 15, 2015 and set for hearing no later than August 20, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 29, 2015 at 1:30 p.m.

JURY TRIAL: December 7, 2015 at 9 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: July 23, 2014

                                              *Lucy H. Koh*
                                              LUCY H. KOH
                                              United States District Judge

Case No.: 14-CV-01314-LHK
CASE MANAGEMENT ORDER