**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA PRINTZ GORSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>THE GYMBOREE CORPORATION,<br><br>          Defendant.<br>_____/ | No. 5:14-cv-01314 LHK (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 20, 2014 is continued to November 20, 2014 at 1:00 p.m.  The location shall remain the same.  All provisions of the Court's August 15, 2014 Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's courtroom deputy, Stephen Ybarra, immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated:  October 27, 2014



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge