UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEKTRA PRINTZ GORSKI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE GYMBOREE CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No.: 14-CV-01314-LHK <br><br> CASE MANAGEMENT ORDER |

The November 19, 2014 case management conference is continued to February 5, 2015 at 1:30 p.m.

The parties shall file a joint settlement status report by December 4, 2014.

**IT IS SO ORDERED.**

Dated: November 18, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 14-CV-01314-LHK
CASE MANAGEMENT ORDER

1