UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEKTRA PRINTZ GORSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>GYMBOREE CORPORATION, THE,<br><br>        Defendant. | Case No.:14-CV-01314-LHK<br><br>**ORDER REGARDING SETTLEMENT AND CASE MANAGEMENT CONFERENCE** |

On November 25, 2014, the parties filed a stipulation with proposed order regarding the release of the audio recording of the settlement conference held November 20, 2014. ECF No. 40. The parties represented that the case had settled, and the Court granted the parties' stipulation. ECF No. 41.

The parties shall file a stipulation of dismissal by Monday, February 2, 2015. If the parties are unable to do so, they shall file a joint case management statement by Monday, February 2, 2015, pursuant to Civ. L.R. 16-10(d), for the case management conference set for Thursday, February 5, 2015, at 1:30 p.m.

Case No.: 14-CV-01314-LHK
ORDER REGARDING SETTLEMENT AND CASE MANAGEMENT CONFERENCE

1    **IT IS SO ORDERED.**

2    Dated: January 30, 2015

3    _Lucy H. Koh_
4    LUCY H. KOH
     United States District Judge