JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone:  (415) 315-1669
Facsimile:   (415) 433-5994
E-mail:  jeff@skaggsfaucette.com

Attorneys for Plaintiff ELEKTRA PRINTZ
GORSKI

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:     415-386-8632
Facsimile:     415-773-5759

Attorneys for Defendant
THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEKTRA PRINTZ GORSKI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE GYMBOREE CORPORATION, a<br>Delaware corporation,<br><br>    Defendant. | Case No.:  5:14-cv-01314-LHK-PSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE DISMISSAL WITH<br>PREJUDICE** |

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiff Elektra Printz Gorski and

2  Defendant The Gymboree Corporation that the above-captioned action be dismissed with

3  prejudice pursuant to Federal Rule of Civil Procedure 41.  Each party to this stipulation shall bear

4  her or its own costs and attorneys' fees.

5

6  Dated: February 2, 2015                 SKAGGS FAUCETTE LLP

7                                           By:  _____/s/_____

                                                        Jeffrey E. Faucette

8                                           Attorneys for Plaintiff ELEKTRA PRINTZ GORSKI

9

10 Dated: February 2, 2015                 ORRICK HERRINGTON & SUTCLIFFE LLP

11                                          By:  _____/s/_____

12                                                      Annette L. Hurst

                                            Attorneys for Defendant THE GYMBOREE CORP.

13

14

15

16                                  **[PROPOSED] ORDER**

17     IT IS HEREBY ORDERED as follows: This action is dismissed with prejudice and each

18 party shall bear her or its own fees and costs.

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21 Date:  _____          By:  _____

22                                              The Honorable Lucy H. Koh

                                                United States District Judge

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO LR 5-1(i)(3)**

2

      I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used

3

to file this STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE.  I

4

hereby attest that concurrence in the filing of this document has been obtained from the other

5

Signatory.

6

Dated: February 2, 2014

7

                                    By:                   */s/*

8

                                                Jeffrey E. Faucette

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE:     CASE NO. 5:14-CV-1314-LHK